## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AHMAD BISHAWI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-0487-MJR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**REAGAN, District Judge:**

On July 8, 2005, Bishawi filed a motion under 28 U.S.C. § 2255 seeking to vacate, set aside, or correct his sentence. The motion was fully briefed as of November 7, 2005. On April 24, 2007, the case was reassigned from Judge Richard H. Mills to Judge Michael J. Reagan.

> **Rule 8(a)** of the **RULES GOVERNING SECTION 2255 PROCEEDINGS** provides:
>
> If the motion is not dismissed, the judge must review the answer, any transcripts and records of prior proceedings, and any materials submitted under Rule 7 to determine whether an evidentiary hearing is warranted.

Having conducted such a review, the Court finds that an evidentiary hearing is warranted in the above-captioned action.

> Furthermore, **Rule 8(c)** provides:
>
> If an evidentiary hearing is warranted, the judge must appoint an attorney to represent a moving party who qualifies to have counsel appointed under 18 U.S.C. § 3006A. The judge must conduct the hearing as soon as practicable after giving the attorneys adequate time to investigate and prepare.

Pursuant to Rule 8(c) the Court hereby **APPOINTS** Attorney Stephen R. Welby, 1010 Market Street, Suite 1720, St. Louis, MO 63101, 314-621-1800, to represent Bishawi in this matter.

The Court **ORDERS** Welby, after conferring with Bishawi and reviewing the motion and history of this case, to file an amended motion in this action. The amended motion shall be filed no later than June 16, 2008. The Government shall file its response no later than July 14, 2008.

Finally, the Court **SETS AN EVIDENTIARY HEARING** in this matter at **1:30 p.m. on Friday, July 25, 2008** before the Hon. Michael J. Reagan in East St. Louis Courthouse.

The Clerk of the Court shall send a copy of this Order to both Mr. Bishawi and Mr. Welby.

**IT IS SO ORDERED.**

**DATED this 17th day of April 2008.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**