# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AHMAD BISHAWI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-CV-0487-MJR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**REAGAN, District Judge:**

On July 8, 2005, Bishawi filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. 1). The motion was reassigned from District Judge Richard Mills to the undersigned District Judge on April 24, 2007 (Doc. 9). On September 30, 2008, the Court denied Bishawi's motion for relief under 28 U.S.C. § 2255 (Doc. 36). Judgment was entered accordingly on October 1, 2008 (Doc. 37). Thereafter, Bishawi filed a notice of appeal (Doc. 41).

**28 U.S.C. § 2253(c)(1)(B)** provides that an appeal may not be taken from a final order in a § 2255 proceeding unless a certificate of appealability is issued. Accordingly, this Court construes Bishawi's notice of appeal as also seeking a certificate of appealability from this District Court.

Under **§ 2553(c)(2)**, "[a] certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." The Court denies Bishawi's motion for certificate of appealability because—for the reasons stated in the Court's September 30, 2008 Order—Bishawi has not made a substantial showing that his sentence "was imposed in violation of the Constitution or laws of the United States." ***Shell v. United States*, 448**

**F.3d 951, 954 (quoting 28 U.S.C. § 2255);** *see* **28 U.S.C. § 2253(c)(2)**. Moreover, Bishawi's notice of appeal fails to point out any substantial constitutional question material to his appeal.

Accordingly, the Court hereby **DENIES** Bishawi's motion for a certificate of appealability.

**IT IS SO ORDERED.**

**DATED this 29th day of December 2008.**

          **s/ Michael J. Reagan**
          **MICHAEL J. REAGAN**
          **United States District Judge**